IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 0:17-cv-60498-JAL

JANET HOYT,

        Plaintiff,

vs.

LEWIS RENTAL PROPERTIES LIMITED
PARTNERSHIP, d/b/a DEERFIELD STORAGE,

        Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

JANET HOYT ("Plaintiff") and LEWIS RENTAL PROPERTIES LIMITED PARTNERSHIP, d/b/a DEERFIELD STORAGE ("Defendant"), by and through their respective undersigned counsels, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this case be dismissed <u>with prejudice</u>, with each party to bear its/her own fees and costs. Plaintiff and Defendant request that this Court enter an Order of Dismissal with Prejudice.

Dated this 17th day of May, 2017.

| WEISS LAW GROUP, P.A.<br>*Attorneys for Plaintiff*<br>5531 N. University Drive<br>Suite 103<br>Coral Springs, FL 33067<br>Tel: (954) 573-2800<br>Fax: (954) 573-2798<br><br>BY:___*/s/ Jason S. Weiss*___<br>Jason S. Weiss<br>Jason@jswlawyer.com<br>Florida Bar No. 356890 | THOMAS J. MACCARI, P.A.<br>*Attorney for Defendant*<br>7700 Congress Avenue<br>Suite 1133<br>Boca Raton, FL 33487<br>Telephone: (561) 982-9772<br>Facsimile: (561) 982-9462<br><br>BY:___*/s/ Thomas J. Maccari*___<br>Thomas J. Maccari<br>TMaccari@tjmpa.com<br>Florida Bar No. 709670 |
|---|---|